OLIVER J. WELLS et al., Respondents, *v.* JOHN W. BARTLETT et al., as Executors of CLARK W. DUNLOP, Deceased, Appellants, Impleaded with Another.

*Wells* v. *Dunlop*, 148 App. Div. 915, affirmed.
(Argued April 2, 1913; decided April 22, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1912, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for services as attorneys alleged to have been rendered decedent.

*Edward S. Clinch* and *Charles Sumner Miller* for appellants.

*H. H. Snedeker* for respondents.

*Gilbert Ray Hawes* for Agnes Dunlop et al.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.